ORIGINAL

AO 93 (Rev. 5/85) Search Warrant

# United States District Court

**FOR THE**

FILED
08 JAN 23 PM 4:14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNSEALED AS OF 1/17/08

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

**Premises Known As:**
4881 Rolando Court, Apartment 69
San Diego, California 92115

**SEARCH WARRANT**

CASE NUMBER: '08 MJ 0123

TO: **Federal Bureau of Investigation** and any Authorized Officer of the United States

Affidavit(s) having been made before me by **Special Agent Robert A. Harris** who has reason to
    Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
SEE ATTACHMENT A

in the _____ Southern District of California _____ there is now concealed a certain person or property, namely (describe the person or property)
SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before **1-25-08**
                                                        Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search  (in the daytime--6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~, and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____ **Nita L. Stormes** _____
as required by law.                                                                     U.S. Judge or Magistrate

**1-15-08 @ 4:40 pm** _____ at San Diego, California
Date and Time Issued                              City and State

Nita L. Stormes, Magistrate Judge _____    _____[signature]_____
Name and Title of Judicial Officer                Signature of Judicial Officer

AO 93 (Rev. 2/90) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1/16/08 | 1/16/08  6:00 AM | ON TABLE IN RESIDENCE |

INVENTORY MADE IN THE PRESENCE OF    WADE L. DUDLEY  FBI SPECIAL AGENT

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

\* SEE FD-597

### CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subcribed, sworn to, and returned before me this date.

_[signature]_    1-23-08

U.S. Judge or Magistrate    Date

AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

**Premises Known As:**
4881 Rolando Court, Apartment 69
San Diego, California 92115

**SEARCH WARRANT**

CASE NUMBER:

TO: <u>Federal Bureau of Investigation</u>　　　　　　　　and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____<u>Special Agent Robert A. Harris</u>_____ who has reason to
　　　　　　　　　　　　　　　　　　　　　　　Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
SEE ATTACHMENT A

in the _____ Southern District of California _____ there is now
concealed a certain person or property, namely (describe the person or property)
SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or
property so described is now concealed on the person or premises above-described and establish grounds for the
issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___*1-25-08*___
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this
warrant and making the search  (in the daytime--6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~, and if the person or property be found there to seize same, leaving a
copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or
property seized and promptly return this warrant to _____<u>Nita L. Stormes</u>_____
as required by law.　　　　　　　　　　　　　　　　　　　　　　　U.S. Judge or Magistrate

___*1-15-08 @ 4:00 pm*___  at  San Diego, California
Date and Time Issued　　　　　　　　　　　　　　　City and State

Nita L. Stormes, Magistrate Judge　　　　　　　　　*[signature]*
Name and Title of Judicial Officer　　　　　　　　　Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1/16/08 | 1/16/08 6:00 AM | ON TABLE IN RESIDENCE |

INVENTORY MADE IN THE PRESENCE OF

Wade L. Dooley FBI Special Agent

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

* SEE FD-597

## CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

Subcribed, sworn to, and returned before me this date.

_____
U.S. Judge or Magistrate    Date  1-23-08

AO 93 (Rev. 2/90) Search Warrant

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) 1/16/08

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) LEE WALKER
(Street Address) 4881 ROLANDO CT APT 69
(City) SAN DIEGO, CA

Description of Item(s):
3- LETTERS FOUND IN KITCHEN
1- POSTCARD WITH WRITINGS AND DRAWING FOUND IN KITCHEN
1- ZX 200 DIGITAL SCALE FOUND IN DINING ROOM
1- T MOBILE MAILING PACKET ADDRESSED TO LEE WALKER FOUND IN DINING ROOM
1- RIPPED BROWN PAPER BAG CONTAINING SPOON, MESH COPPER BRILLO-TYPE PAD, GLASS PIPE, METAL ROD, FOUND IN BEDROOM #1
1- MOTOROLA CELL PHONE FOUND IN BEDROOM #2
SEVERAL DOCUMENTS, NOTEBOOKS WITH MISC. WRITING FOUND IN BEDROOM #2
1- CRICKET CELL PHONE FOUND IN BEDROOM #1
1- PACKET OF DOCUMENTS FROM SAN DIEGO DISTRICT ATTORNEY OFFICE REGARDING WIRE TAP

SA WADE L. DUDLEY

Received By: _____ (Signature)   Received From: _____ (Signature)

## ATTACHMENT A

## THE PREMISES TO BE SEARCHED

(RESIDENCE OF Lee Vaughn WALKER, aka "Lee Dog",
and Bernal Anthony MITCHELL, aka "Tony")

The residence at **4881 Rolando Court, Apartment 69, San Diego, California 92115** is further described as follows:

The residence is contained in an apartment complex located in the northeast quadrant of the intersection of Rolando Court and El Cajon Boulevard. Apartment 69 is housed in the building farthest east of the complex; a two story white stucco building. Apartment 69 is the most southern ground floor unit in that distinct apartment building. There is a stairwell directly to the left of Apartment 69, and two windows of Apartment 69 are directly to the right of the apartment's door. The door of Apartment 69 is on the west side of the building, and the door is brown in color and distinctly marked with the number 69. The numbers are black and placed at eye level in the center of the door.

## **ATTACHMENT B**

## **ITEMS TO BE SEIZED**

### (RESIDENCE OF Lee Vaughn WALKER, aka "Lee Dog", and Bernal Anthony MITCHELL, aka "Tony")

1. Controlled substances, including but not limited to cocaine base and methamphetamine, and paraphernalia for packaging, weighing, cutting, testing, distributing, growing, and identifying controlled substance(s), including baggies, plastic wrapping, scales and other weighing devices.

2. Documents and computer or electronic devices (and their contents) containing data reflecting or memorializing the ordering, possession, purchase, storage, distribution, transportation and sale of controlled substance(s), including buyer lists, seller lists, pay-owe sheets, records of sales, log books, drug ledgers, personal telephone/address books containing the names of purchasers and suppliers of controlled substances, electronic organizers, computer databases, spreadsheets, rolodexes, telephone bills, telephone answering pads, bank and financial records, and storage records, such as storage locker receipts and safety deposit box rental records and keys.

3. Money and assets derived from or to be used in the purchase of controlled substance(s) and records thereof, including U.S. currency, artwork, precious metals and stones, jewelry, negotiable instruments and financial instruments including stocks and bonds, and deeds to real property, books, receipts, records, bank statements and records, business records, money drafts, money order and cashiers check receipts, passbooks, bank checks, safes and records of safety deposit boxes and storage lockers.

4. Weapons, firearms, firearms accessories, and ammunition and documents relating to the purchase and/or possession of such items.

5. Equipment used to detect police activities and surveillance, including radio scanners and tape and wire transmitter detectors.

6. Photographs and electronic images, such as video recordings and tape recordings (and their contents) which document the association with other co-conspirators and/or which depict narcotics, firearms, cash, real property, vehicles or jewelry.

7. Documents and articles of personal property reflecting the identity of persons occupying, possessing, residing in, owning, frequenting or controlling the premises to be searched or property therein, including keys, rental agreements and records, property acquisition records, utility and telephone bills and receipts, photographs, answering machine tape recordings, telephone beeper or paging devices, rolodexes, telephone answering pads, storage records, vehicle and/or vessel records, canceled mail envelopes, correspondence, financial documents such as tax returns, bank records, safety deposit box records, canceled checks, and other records of income and expenditure, credit card and bank records, travel documents, personal identification documents, and documents relating to obtaining false identification, including birth certificates, drivers license, immigration cards and other forms of identification in which the same person would use other names and identities other than his or her own.

8. Telephone paging devices, beepers (and their contents), cellular/mobile phones (and their contents), and other communication devices which evidence participation in a conspiracy to possess, manufacture, or distribute controlled substances.

9. Incoming telephone calls while at the premises for execution of this search warrant, including answering the telephone and conversing with callers who appear to be calling in regard to drug sales without revealing the officer's identity. Telephone answering machines or devices, including listening to any recordings on the premises.